## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**YER LEE,**

CASE NO: **2:22−CV−01497−CKD**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/14/2024**

**Keith Holland**
Clerk of Court

ENTERED: **February 14, 2024**

by: /s/ O. Clemente Licea
Deputy Clerk